# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                             Chapter 13

                             Bankruptcy No. 17-13762-ELF

**WILLIAM WARREN GOETZ**

1303 BERGEN ROAD

ORELAND, PA 19075

        Debtor

## CERTIFICATE OF SERVICE

     **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    **WILLIAM WARREN GOETZ**

    **1303 BERGEN ROAD**

    **ORELAND, PA 19075**

Counsel for debtor(s), by electronic notice only.

    PAUL A.R. STEWART
    333 E LANCASTER AV
    SUITE 140
    WYNNEWOOD, PA 19096-

                       /S/ William C. Miller

Date: 8/16/2017               _____

                       William C. Miller, Esquire
                       Chapter 13 Standing Trustee