**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| William Warren Goetz | : | Case No.: 17-13762 |
| | : | Chapter 13 |
| Debtor(s). | : | Judge Eric L. Frank |
| | | * * * * * * * * * * * * * * * * * * * * * * |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

TO:   THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, THE UNITED STATES TRUSTEE, THE DEBTOR AND HIS ATTORNEY OF RECORD HEREIN AND TO ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE, that pursuant to Bankruptcy Rules 2002 and 9007 and 11 U.S.C. Section 102(1) and all other applicable law, the undersigned, as counsel of record for Wells Fargo Bank, N.A., its successor and assigns ("Creditor"), a creditor of the above-named Debtor and a party-in-interest in the captioned bankruptcy case, hereby requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the undersigned at the following office, address and telephone number:

> Karina Velter, Esquire
> MANLEY DEAS KOCHALSKI LLC
> P.O. Box 165028
> Columbus, OH  43216-5028
> 614-222-4921
> Atty File No.: 17-029818

The foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, fax or otherwise which affect or seek to affect in any way any rights or interest of the Debtor.

> Respectfully submitted,
>
> /s/ Karina Velter
> Karina Velter, Esquire (94781)
> Kimberly A. Bonner
> Manley Deas Kochalski LLC
> P.O. Box 165028
> Columbus, OH  43216-5028
> Telephone: 614-220-5611
> Fax: 614-627-8181
> Attorneys for Creditor
> The case attorney for this file is Karina Velter.
> Contact email is kvelter@manleydeas.com

17-029818_EDG

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re: :
:
  **William Warren Goetz** :   Case No.: 17-13762
:   **Chapter 13**
    Debtor(s). :   **Judge Eric L. Frank**
:   * * * * * * * * * * * * * * * * * * * * * *
:
:

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Appearance and

Request for Notices was served on the parties listed below via e-mail notification:

  United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107

  William C. Miller, Chapter 13 Trustee, 1234 Market Street, Suite 1813, Philadelphia, PA 19107

  Paul A. Stewart, Attorney for William Warren Goetz, 333 East Lancaster Avenue, Suite 140, Wynnewood, PA 19096, pstewart@legalhelm.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on August 28, 2017:

  William Warren Goetz, 1303 Bergan Road, Oreland, PA 19075

  William Warren Goetz and Joanne L. Goetz, 1303 Bergan Rd, Oreland, PA 19075


DATE: _August 28, 2017_

                                              /s/ Karina Velter
                                              Karina Velter, Esquire (94781)
                                              Kimberly A. Bonner
                                              Manley Deas Kochalski LLC
                                              P.O. Box 165028
                                              Columbus, OH 43216-5028
                                              Telephone: 614-220-5611
                                              Fax: 614-627-8181
                                              Attorneys for Creditor


17-029818_EDG