# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No.: 17-13762 |
| **William Warren Goetz** | : Chapter 13 |
| | : Judge Eric L. Frank |
| **Debtor(s).** | : * * * * * * * * * * * * * * * * * * * |

## OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

Now comes Wells Fargo Bank, N.A. ("Creditor") by and through its attorneys, Manley Deas Kochalski LLC, and files this Objection to Debtor's Chapter 13 Plan, averring as follows:

1. Creditor is a creditor herein secured by a second mortgage lien upon the Debtor's real estate located at 1303 Bergan Rd., Oreland, PA 19075.

2. Debtor's Chapter 13 Plan proposes to treat Creditor's claim unfairly by attempting avoid Creditor's lien and treat it as wholly unsecured.

3. Creditor asserts that the Property is listed as Debtor's principal residence in the Chapter 13 Voluntary Petition.

4. Per the Debtor's schedules, the value of the property is $300,000.00 as of the filing date of the petition. Proof of claim number 1 has been filed for the first mortgage lien on the subject property in the amount of $101,802.37.

5. Creditor believes there is sufficient equity in the property over and above the first mortgage to secure the Creditor's entire lien. In re McDonald, 205 F.3d 606 (3rd Cir. 2000).

6. Debtor's Plan is in violation of §1322 and §1325 of the Bankruptcy Code, because it fails to provide adequate protection payments to the secured Creditor over the life of the Plan in the amount of its secured prepetition arrearage claim, and, in effect, impermissibly

17-029818_JDD1

    attempts to modify the terms of Creditor's Note, which is secured solely by the principal residence of Debtor.

7. Creditor objects to said treatment and asserts that, as of the petition date herein, Creditor's claim was fully secured by value in the real estate. Accordingly, § 1322(b)(2) of the Bankruptcy Code and the United States Supreme Court's holding in <u>Nobleman v. American Savings Bank</u> (In re: Nobleman), 508 U.S. 324 (1993) prohibit the Debtor's proposed modification of Creditor's mortgage.

    WHEREFORE, Creditor respectfully requests the Court to deny confirmation of the Debtor's proposed Chapter 13 Plan.

Respectfully submitted,

  /s/ Karina Velter
Karina Velter, Esquire (94781)
Kimberly A. Bonner (89705)
Adam B. Hall (0088234)
Sarah E. Barngrover (28840-64)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

17-029818_JDD1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | : |
| | : **Case No.: 17-13762** |
| **William Warren Goetz** | : **Chapter 13** |
| | : **Judge Eric L. Frank** |
| Debtor(s). | : * * * * * * * * * * * * * * * * * * * |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Objection to Debtor's Chapter 13 Plan was served on the parties listed below via e-mail notification:

United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107

William C. Miller, Chapter 13 Trustee, 1234 Market Street, Suite 1813, Philadelphia, PA 19107

Paul A. Stewart, Attorney for William Warren Goetz, 333 East Lancaster Avenue, Suite 140, Wynnewood, PA  19096, pstewart@legalhelm.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on September  11 , 2017:

William Warren Goetz, 1303 Bergan Road, Oreland, PA  19075

William Warren Goetz and Joanne L. Goetz, 1303 Bergan Rd, Oreland, PA 19075

Wells Fargo Home Mortgage, One Home Campus, Des Moines, IA  50328


DATE:   9/11/17

/s/ Karina Velter
Karina Velter, Esquire (94781)
Kimberly A. Bonner (89705)
Adam B. Hall (0088234)
Sarah E. Barngrover (28840-64)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611

17-029818_JDD1

Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

17-029818_JDD1