**Fill in this information to identify your case:**

Debtor    William    Warren    Goetz
_____
First Name                Middle Name                Last Name

Debtor 2    _____
(Spouse If filing)    First Name        Middle Name        Last Name

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number    17-13762-elf
(If known)    _____

☑ Check if this is an amended filing

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases        **12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

    ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

    ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| **2.1** **Geraldo F. Martins** <br> Name <br> **1748 Bald Eagle Drive Unit C** <br> Number    Street <br> **Naples    FL    34105** <br> City    State    ZIP Code | **Lease for Florida Rental Property** |
| **2.2** <br> Name <br> Number    Street <br> City    State    ZIP Code | |
| **2.3** <br> Name <br> Number    Street <br> City    State    ZIP Code | |
| **2.4** <br> Name <br> Number    Street <br> City    State    ZIP Code | |
| **2.5** <br> Name <br> Number    Street <br> City    State    ZIP Code | |

Debtor 1     William        Warren       Goetz
　　　　　　First Name　　　Middle Name　　Last Name

### Additional Page if You Have More Contracts or Leases

| Person or company with whom you have the contract or lease | What the contract or lease is for |
|---|---|

**2.2**

Name

Number     Street

City                     State     ZIP Code

**2._**

Name

Number     Street

City                     State     ZIP Code

**2._**

Name

Number     Street

City                     State     ZIP Code

**2._**

Name

Number     Street

City                     State     ZIP Code

**2._**

Name

Number     Street

City                     State     ZIP Code

**2._**

Name

Number     Street

City                     State     ZIP Code

**2._**

Name

Number     Street

City                     State     ZIP Code

**2._**

Name

Number     Street

City                     State     ZIP Code

Official Form 106G                **Schedule G: Executory Contracts and Unexpired Leases**                page 2 of 2