# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 17-13762-ELF

WILLIAM WARREN GOETZ

1303 BERGEN ROAD

ORELAND, PA 19075

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    WILLIAM WARREN GOETZ

    1303 BERGEN ROAD

    ORELAND, PA 19075

Counsel for debtor(s), by electronic notice only.

    PAUL A.R. STEWART
    333 E LANCASTER AV
    SUITE 140
    WYNNEWOOD, PA 19096-

    /S/ William C. Miller

Date: 10/12/2017

    William C. Miller, Esquire
    Chapter 13 Standing Trustee