**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | WILLIAM WARREN GOETZ | : | Chapter 13 |
| | | : | |
| | Debtor | : | Bky. No.  17-13762 ELF |

# O R D E R

**AND NOW,** following a hearing, and for the reasons stated in court, it is hereby

**ORDERED** that:

1. **On or before January 23, 2018,** the Debtor shall file any amended chapter 13 plan and any objection, motion or adversary complaint related or necessary to the confirmation process or confirmation of the plan under 11 U.S.C. §1325(a).

2. Failure to comply with the deadlines set in Paragraph 1 shall constitute grounds for dismissal of this case pursuant to 11 U.S.C. §1307(c)**.**

**Date: January 9, 2018**

**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**