United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-13762-elf
William Warren Goetz                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2              User: DonnaR              Page 1 of 1              Date Rcvd: Jan 10, 2018
                                  Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2018.
db             +William Warren Goetz,    1303 Bergan Road,    Oreland, PA 19075-2407

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2018 at the address(es) listed below:
              HARRY B. REESE    on behalf of Creditor    WELLS FARGO BANK, N.A. harry.reese@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;jill@pkallc.com;samantha.gonzalez@pkallc.com
              JILL   MANUEL-COUGHLIN    on behalf of Creditor    WELLS FARGO BANK, N.A. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              KARINA   VELTER    on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com
              KEVIN S. FRANKEL    on behalf of Creditor    JPMorgan Chase Bank, National Association
               pa-bk@logs.com
              PAUL A.R. STEWART    on behalf of Debtor William Warren Goetz pstewart@legalhelm.com,
               jurisabnelson@gmail.com
              REBECCA ANN SOLARZ    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                              TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:     WILLIAM WARREN GOETZ     :     Chapter 13
                                    :
           Debtor                   :     Bky. No.   17-13762 ELF

## O R D E R

**AND NOW,** following a hearing, and for the reasons stated in court, it is hereby

**ORDERED** that:

1. **On or before January 23, 2018,** the Debtor shall file any amended chapter 13 plan and any objection, motion or adversary complaint related or necessary to the confirmation process or confirmation of the plan under 11 U.S.C. §1325(a).

2. Failure to comply with the deadlines set in Paragraph 1 shall constitute grounds for dismissal of this case pursuant to 11 U.S.C. §1307(c)**.**

**Date: January 9, 2018**

                                        **ERIC L. FRANK**
                                        **CHIEF U.S. BANKRUPTCY JUDGE**