# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: William Warren Goetz, | : | Chapter 13 |
| | : | |
| Debtor.: | | |
| _____ | : | NO. 17-13762 ELF |
| Wells Fargo Bank, National Association | : | |
| Movant, | : | 11 U.S.C. §362 |
| vs. | : | |
| William Warren Goetz,    Debtor, | : | |
| | : | |
| William C. Miller, Esq.    Trustee, | : | 11 U.S.C. Sections 362 and 1301 |
| | | |
| Respondents | : | |

## ORDER

AND NOW, this _____ day of _____, 2018, upon consideration of Debtor William Goetz's Opposition to Wells Fargo's N.A.'s Motion for Relief From Automatic Stay and any response thereto, it is hereby:

ORDERED and DECREED, that the Motion for Relief from Automatic Stay is DENIED.

By the Court:_____

United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: William Warren Goetz, | : | Chapter 13 | |
| | : | | |
| Debtor.: | | | |
| _____ | : | NO. 17-13762 ELF | |
| Wells Fargo Bank, National Association | : | | |
| Movant, | : | 11 U.S.C. §362 | |
| vs. | : | | |
| William Warren Goetz, Debtor, | : | | |
| | : | | |
| William C. Miller, Esq. Trustee, | : | 11 U.S.C. Sections 362 and 1301 | |
| | | | |
| Respondents | : | | |

**DEBTOR'S ANSWER IN OPPOSITION TO MOTION
FOR RELIEF FROM AUTOMATIC STAY DOC # 62**

William Warren Goetz ("Debtor"), through counsel Paul A.R. Stewart, respectfully submits this Opposition to the Motion of Wells Fargo Bank's ("Creditor" or "Movant") for relief from the automatic stay filed on December 28, 2017, as follows:

1) Admitted.

2) Admitted only as stated not to validity of state court proceedings.

3) Admitted – but rescheduled to February 2018.

4) Denied as stated.

5) Denied as stated.

6) Denied.

7) No response required. Denied as stated

8) Denied.

9) Denied

10) Denied

11) Denied

12) Denied as stated but admit no equity in the property based on recorded liens and mortgages.

13) Denied

14) Denied

    **WHEREFORE**, Debtor prays this Honorable Court DENY Movant's Motion for Relief From Automatic Stay.

Date: 01/15/18

    Respectfully submitted,

    /S/ Paul A.R. Stewart, Esquire

    Legal Helm, LLC
    Paul A.R. Stewart, Esquire
    Attorney for Debtor-Respondent

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing <u>Answer in Opposition to Motion for Relief from Stay # 62</u> was served on January 15, 2018, by means of the Court's CM/ECF system or via first class mail, postage prepaid, upon the following:

**Counsel for Movant**
Harry B. Reese, Esquire
Powers, Kirn and Associates, LLC
8 Neshaminy Interplex, Suite 215
Trevose, PA 19053
Phone: (215)-942-2090
Attorneys for Movant/Applicant

**United States Trustee**
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

**William C. Miller, Esquire (Trustee)**
Chapter 13 Trustee
111 S. Independence Mall, Suite 583
Philadelphia, PA 19106
and
1234 MARKET STREET, SUITE 1813
PHILADELPHIA, PA 19107

/S/ Paul A.R. Stewart, Esquire
Legal Helm, LLC
Paul A.R. Stewart, Esquire
Attorney for Debtor
333 East Lancaster Avenue
Suite 140
Wynnewood, Pennsylvania 19096
(610) 864-5600
pstewart@helmlegalservices.com