# Affidavit Of Service

| | |
|---|---|
| WELLS FARGO HOME MORTGAGE | : United States Bankruptcy Court |
| | : Eastern District of Pennsylvania |
| V. | : |
| | : |
| WILLIAM WARREN GOETZ, | : Case # 17-13762-elf |

I, **Chad Haltom**, being duly sworn according to law, deposes and says the following:

I am the process server below named and a competent adult over 18 years of age. I served to **Wells Fargo Home Mortgage** on the **13th** day of **February, 2018** at **8:45 A.M.** at **2595 Interstate Dr., Ste. 103, Harrisburg, PA 17110** an amended Chapter 13 Plan filed in the above-captioned matters and served in the manner described below:

____    PERSONAL SERVICE: Served the within-named person

____    SUBSTITUTE SERVICE: By serving _____ as _____ who resides with defendant at above address

_X__    CORPORATE SERVICE: By serving _Paula Washburn_ as **registered agent** who is authorized to accept service on behalf of the defendant

____    POSTED SERVICE: By posting copies in a conspicuous manner to the front door of the property/entity being served

____    NON-SERVICE: For the reason detailed in the comments below:

Description:
Sex: Female   Race: White   Age: 45   Weight: 170lbs   Height: 5'6"   Hair: Red   Glasses: Yes

I declare under 28 U.S. Code § 1746 penalty of perjury that the foregoing is true and correct. Executed on February 13, 2018.

Scribed and sworn before me
14th day of February, 2018

_Tonia Swavely_
Notary Public

Date: 2/14/2018

Chad Haltom
53 Mifflin St.
Lebanon, PA 17046
717-644-0092

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
TONIA SWAVELY
Notary Public
CITY OF LEBANON, LEBANON COUNTY
My Commission Expires Apr 8, 2019