# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:     **WILLIAM WARREN GOETZ** | : | **Chapter 13** |
| | : | |
| **Debtor** | : | **Bky. No.   17-13762 ELF** |

# O R D E R

**AND NOW,** after a hearing, and for the reasons stated in court on **February 20, 2018,** it is hereby **ORDERED** that:

1. The Debtor shall file (and serve in accordance with the rules of court) any objections to proofs of claim, any motions or adversary complaints and any amended plans necessary to the confirmation of the Debtor's chapter 13 plan **on or before March 20, 2018**.

2. Failure to comply with the requirements of this Order may result in **DISMISSAL** of this case without further notice or hearing.

**Date: February 20, 2018**

　　　　　　　　　　　　**ERIC L. FRANK**
　　　　　　　　　　　　**CHIEF U.S. BANKRUPTCY JUDGE**