UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
|  | : | Case No. 17-13762-elf |
| IN RE: William W. Goetz, | : | Chapter 13 |
|  | : |  |
|  | : | DEBTOR'S MOTION FOR |
| Debtor | : | VOLUNTARY DISMISSAL OF |
|  | : | CHAPTER 13 CASE |

DEBTOR, moves this honorable Court for an order dismissing the above titled bankruptcy case pursuant to 11 U.S.C. §1307(b) and Local Rule 1017-2(a) and avers as follows:

1. Debtor commenced this voluntary case under Chapter 13 and the case has not been converted under 11 U.S.C. §§ 706, 1112, 0r 1208

2. Debtor has made no arrangements or agreements with any creditor or other person in connection with this motion for dismissal.

3. Debtor will seek state court remedies.

WHEREFORE, Debtor requests this Court grant and ORDER Dismissing the case without prejudice.

March 19, 2018                                      /s/Paul A R Stewart
                                                             Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| IN RE: William W. Goetz, | : | Case No. 17-13762-elf |
|  | : | Chapter 13 |
|  | : |  |
|  | : | DEBTOR'S MOTION FOR |
| Debtor | : | VOLUNTARY DISMISSAL OF |
|  | : | CHAPTER 13 CASE |

ORDER

AND NOW, upon review of Debtor's Motion for Voluntary Dismissal of Chapter 13 Case, it is ORDERED the case is DISMISSED without Prejudice

BY THE COURT:

_____
MAGDELINE D COLEMAN, JUDGE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing <u>Debtor's Motion for Voluntary Dismissal of Chapter 13 Case</u> was served on March 19, 2018, by means of the Court's CM/ECF system upon the following:

**United States Trustee**
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

**William C. Miller, Esquire (Trustee)**
Chapter 13 Trustee
111 S. Independence Mall, Suite 583
Philadelphia, PA 19106
and
1234 MARKET STREET, SUITE 1813
PHILADELPHIA, PA 19107

/S/ Paul A.R. Stewart, Esquire
_____
Legal Helm, LLC
Paul A.R. Stewart, Esquire
Attorney for Debtor
333 East Lancaster Avenue
Suite 140
Wynnewood, Pennsylvania
19096
(610) 864-5600
**pstewart@helmlegalservices.com**