**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| **WILLIAM WARREN GOETZ,** | : | |
| | : | |
| Debtor | : | Bky. No. 17-13762 ELF |

## O R D E R   D I S M I S S I N G   C H A P T E R   13   C A S E

**AND NOW**, the Debtor having filed a Praecipe to Dismiss Case (which shall be treated as a Motion filed under 11 U.S.C. § 1307(b), Fed. R. Bankr. P. 1017(f) and 9013), requesting dismissal of this case and the court having considered the record and finding that the case has not been converted previously under 11 U.S.C. § 706, 1112 or § 1208,

It is hereby **ORDERED** that any wage orders presently in effect are **VACATED** and this case is **DISMISSED**.

**Date: March 22, 2018**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**