United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-13762-elf
William Warren Goetz                                                  Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Antoinett        Page 1 of 2        Date Rcvd: Mar 22, 2018
                            Form ID: pdf900        Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2018.
```
db         +William Warren Goetz,    1303 Bergan Road,    Oreland, PA 19075-2407
cr         +JPMorgan Chase Bank, National Association,    3415 Vision Drive,    Columbus, OH 43219-6009
13931060   +BJs Card Services,    PO Box 13337,    Philadelphia, PA 19101-3337
13931055   +Bank of America,    PO Box 15019,    Wilmington, DE 19850-5019
13931056   +FIA Card Services, NA,    655 Papermill Road,    Newark, DE 19711-7500
14003169    JPMorgan Chase Bank, N.A., et al...,    Chase Records Center,,    ATTN: Correspondence Mail,,
             Mail Code LA4-5555, 700 Kansas Lane,,    Monroe, LA 71203
13973654   +JPMorgan Chase Bank, National Association,    c/o Chase Records Center,
             ATTN: Correspondence Mail,    Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
13931057   +Philadelphia Municipal Court,    The Vesper Club,    1339 Chestnut Street, 10th Floor,
             Philadelphia, PA 19107-3519
13952866   +Rebecca A.Solarz, Esquire,    KML Law Group, P.C.,    701 Market Street, Suite 5000,
             Philadelphia, PA 19106-1541
13955954   +Wells Fargo Bank, N.A. Home Equity Group,    1 Home Campus  X2303-01A,
             Des Moines, IA 50328-0001
13955001    Wells Fargo Bank, N.A. as servicer,    Attn: Default Document Processing,
             1000 Blue Gentian Road, N9286-01Y,    Eagan MN 55121-7700
13931054   +Wells Fargo Home Mortgage,    One Home Campus,    Des Moines, IA 50328-0001
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: bankruptcy@phila.gov Mar 23 2018 01:35:11     City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 23 2018 01:34:47
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 23 2018 01:35:04     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13931059   +E-mail/Text: carine@tbfgroup.com Mar 23 2018 01:34:38     TBF Financial, LLC,
             740 Waukegan Road 404,    Deerfield, IL 60015-5505
13931058   +E-mail/Text: RMOpsSupport@alorica.com Mar 23 2018 01:34:58     West Asset Management, Inc.,
             7171 Mercy Road,    Omaha, NE 68106-2620
                                                                                               TOTAL: 5

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2018 at the address(es) listed below:
```
              HARRY B. REESE    on behalf of Creditor    WELLS FARGO BANK, N.A. harry.reese@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;jill@pkallc.com;samantha.gonzalez@pkallc.com
              JILL   MANUEL-COUGHLIN    on behalf of Creditor    WELLS FARGO BANK, N.A. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              KARINA   VELTER    on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com
              KEVIN S. FRANKEL    on behalf of Creditor    JPMorgan Chase Bank, National Association
               pa-bk@logs.com
              PAUL A.R. STEWART    on behalf of Debtor William Warren Goetz pstewart@legalhelm.com,
               jurisabnelson@gmail.com
              REBECCA ANN SOLARZ    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
```

```
District/off: 0313-2           User: Antoinett              Page 2 of 2                   Date Rcvd: Mar 22, 2018
                               Form ID: pdf900              Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
        TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| WILLIAM WARREN GOETZ, | : | |
| | : | |
| Debtor | : | Bky. No. 17-13762 ELF |

## O R D E R   D I S M I S S I N G   C H A P T E R   13   C A S E

**AND NOW**, the Debtor having filed a Praecipe to Dismiss Case (which shall be treated as a Motion filed under 11 U.S.C. § 1307(b), Fed. R. Bankr. P. 1017(f) and 9013), requesting dismissal of this case and the court having considered the record and finding that the case has not been converted previously under 11 U.S.C. § 706, 1112 or § 1208,

It is hereby **ORDERED** that any wage orders presently in effect are **VACATED** and this case is **DISMISSED**.

**Date: March 22, 2018**

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE